IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GABRIEL HERNANDEZ ZAMUDIO, BRIAN ALFARO, JULIO ELIAS IBATE PAR, WILSON VALDERRAMA GUIT VASQUEZ, and JOSE ANGEL MIRANDA LOPEZ, Individually and on Behalf of All Others Similarly Situated,**<br><br>                     **Plaintiffs,**<br><br>-against-<br><br>**CARPRO DETAILING INC., PARK PLACE FINE DETAILING INC., PARK PLACE FINE HAND CAR WASH INC., THE DETAIL SHOP NYC INC., and BEATRIZ L. VARGAS, Jointly and Severally,**<br><br>                     **Defendants.** | **22-cv-01150 (BMC)** |

**AFFIDAVIT OF BRENT E. PELTON IN SUPPORT OF PLAINTIFFS'
MOTION FOR APPROVAL OF FLSA SETTLEMENT**

I, Brent E. Pelton, declare as follows:

      1.      I am an attorney admitted before this Court. I am a member of the firm of Pelton Graham LLC ("Pelton Graham") in New York, New York, Plaintiff's Counsel herein.

      2.      I am one of the lawyers primarily responsible for the prosecution of the claims of Plaintiffs Gabriel Hernandez Zamudio, Brian Alfaro, Julio Elias Ibate Par, Wilson Valderrama Guit Vasquez and Jose Angel Miranda Lopez (the "Plaintiffs") against Defendants in the in the above-captioned action (hereinafter referred to as the "Action" or "Litigation").

      3.      I make these statements based on personal knowledge and would so testify if called as a witness at trial.

1

**Procedural History and Settlement of the Litigation**

4. Plaintiffs commenced this action by filing the Class & Collective Action Complaint in the Eastern District of New York ("EDNY") on March 2, 2022. (Dkt. No. 1).

5. On May 5, 2022, counsel for the Parties appeared for an initial telephonic status conference before the Court, wherein they discussed interest in attempting an early resolution of Plaintiffs' claims, prior to engaging in costly protracted litigation. Accordingly, Judge Cogan adjourned the conference until June 9, 2022, in order to provide the parties additional time to discuss settlement. (Minute Entry Dated 05/05/2022).

6. Defendants filed an Answer on March 11, 2022 denying all material allegations. (Dkt. No. 18).

7. To aid in the Parties' settlement discussions, counsel for Plaintiffs created a damages computation spreadsheet based on the documents in their possession and their best recollection as to the hours that they worked and the wages that they received during the relevant time period. In total, Plaintiffs' counsel calculated $392,794.96 in damages, including $151,574.16 in unpaid wages, $50,000.00 in wage notice and wage statement damages, $151,574.16 in liquidated damages, and $39,646.65 in prejudgment interest as of May 11, 2022. On May 11, 2022, Plaintiffs' counsel exchanged the damages spreadsheet and initial settlement demand with Defendants' counsel.

8. After an exchange of additional information regarding Defendants' finances and multiple rounds of back-and-forth negotiations over the phone and via e-mail during the next several weeks, the Parties were ultimately able to reach a settlement in principle on or about June 23, 2022. (*See* Dkt. No. 24).

9. Thereafter, Plaintiffs' counsel drafted and exchanged a formal settlement agreement, the terms of which the Parties continued to negotiate over the next several weeks. (*See* Dkt. No. 25). The Parties ended up resolving the outstanding issues concerning timing and tax treatment of the settlement proceeds and agreed to the final Settlement Agreement and Release (the "Settlement Agreement") on or about July 18, 2022.  A copy of the Parties' Settlement Agreement is attached hereto as **Exhibit A**[1].

10. As set forth in the Settlement Agreement, the Agreement, as well as the settlement negotiations, were translated into Spanish for the Plaintiffs by Belinda Herazo, whose Declaration detailing her translation work is attached hereto as **Exhibit B**.

**Plaintiffs' Counsel's Fees and Costs**

11. To date, our firm's efforts in litigating and settling this action have been without compensation.

12. Plaintiffs agreed to Pelton Graham's fees of up to one-third (1/3) of the settlement fund and reimbursement for costs. Specifically, Plaintiffs agreed in their individually negotiated retainer agreements that Pelton Graham would recover up to one-third of the gross settlement, plus litigation costs.

13. I graduated from Northwestern School of Law at Lewis and Clark College and have approximately twenty (20) of experience practicing within the Southern and Eastern Districts of New York and the New York State court system, and significant experience litigating Fair Labor Standards Act and New York Labor Law unpaid wages lawsuits, including serving as lead counsel on two (2) multi-plaintiff federal wage and hour jury trials. I am a member of the National

---

[1] The enclosed copy has been signed by all Plaintiffs but not Defendants.  The parties will submit the fully-executed version to the Court upon receipt of Defendants' signatures.

Employment Lawyers Association ("NELA") and NELA's New York Chapter. I was nominated as a Super Lawyer – Rising Star for the New York Metro area in the practice area of Employment Litigation in 2013 and a Super Lawyer for the New York Metro area in 2014 through 2021. I am frequently contacted by the media and the press to discuss current employment law related issues, and I have been a panelist on several CLE seminars on the topic of employment litigation. I am also admitted to practice in the State of California. My hourly billable rate is $450.00.

14. Taylor B. Graham is a partner with Pelton Graham and has been with the firm since May 2009. Mr. Graham received a J.D. from Fordham University School of Law in 2011, where he was an Irving R. Kaufman Scholarship recipient and earned the Archibald R. Murray Public Service Award. Mr. Graham was nominated as a Super Lawyer – Rising Star for the New York Metro Area in the area of Employment Litigation for 2016 through 2021 and is a member of NELA, NELA's New York Chapter, and the American Bar Association Labor and Employment Law Section. He has federal wage and hour multi-plaintiff trial and appellate experience. He is admitted to practice in the States of New York, New Jersey, and California, and the Southern, Eastern, Western, and Northern Districts of New York. Mr. Graham's hourly billable rate is $350.00.

15. Joanne M. Albertsen is an associate with Pelton Graham who has worked for the firm since August 2013. Ms. Albertsen graduated from New York University School of Law in 2010 and is admitted to practice in the States of New York and Oregon and the Eastern and Southern Districts of New York. Ms. Albertsen clerked for two federal magistrate judges in New York after law school before joining Pelton Graham. Ms. Albertsen has been nominated as a Super Lawyer – Rising Star for the New York Metro Area in the area of Labor & Employment since 2017. Ms. Albertsen's hourly billable rate is $300.

16. Belinda Herazo is a bilingual paralegal with Pelton Graham who has worked for the firm since August 2013. Ms. Herazo is a licensed attorney in Colombia who practiced for nearly ten (10) years prior to coming to the United States. Ms. Herazo is a member of the New York Circle of Translators and the American Translators Association (ATA Member # 2744930) and is working toward her American Translators Association (ATA) certification. Ms. Herazo's hourly rate is $175.00.

17. Based on our firm's extensive experience in precisely this type of litigation and our thorough familiarity with the factual and legal issues in this case, we have reached the firm conclusion that the proposed Agreement is clearly in the best interests of the Plaintiff.

18. To date, we have spent approximately ninety-two (92) hours in prosecuting and settling this matter.

19. The hours reported are reasonable for a case of this complexity and were compiled from contemporaneous time records maintained by each attorney and paralegal participating in this case. A copy of Pelton Graham's contemporaneous time records for this matter are attached hereto as **Exhibit C** and a copy of Pelton Graham's record of litigation costs is attached as **Exhibit D**.

I declare under penalty of perjury, under 28 U.S.C.§ 1746, that the foregoing is true and correct.

Executed this 25th day of July, 2022
New York, New York

                                                                                                      */s/ Brent E. Pelton*___
                                                                                                      Brent E. Pelton

                                                                                                      **PELTON GRAHAM LLC**
                                                                                                      111 Broadway, Suite 1503
                                                                                                      New York, NY 10006

Telephone: (212) 385-9700
Facsimile: (212) 385-0800
Email: pelton@peltongraham.com

*Attorneys for Plaintiffs*